RECEIVED
JUL 1 6 2026

To: Honorable Richard G. Andrews
From: Rangi Knight #01068-748 Case No 26-24M
Re: Emergency Substitute of Counsel
Date: 7/1/26

I am filing this motion humbly asking that the courts appoint substitute counsel immediately. This is the second time I've asked the courts to appoint substitute counsel. My current attorney Mr. Connor Wilson has done nothing to assure I'll get A fair outcome. We last met on May 13th And agreed that Mr. Wilson would draft pretrial motions. With him expected to visit me within 2 weeks. Since May 13th I have not spoke with Mr. Wilson. Mr. Wilson was supposed to file motions to obtain full discovery and Lab results for alleged seized evidence. As of today the government has not produced full discovery. However, Mr. Wilson has filed no motions. All I've been told by his office is, "the government has extended time to indict." Reason given is to negotiate A plea agreement. I have no idea what Mr. Wilson negotiated. He told me, "he doesn't trust the prisons phone or email." But he doesn't respond by mail or visit the prison often. So A defendant is left to just rot in A detention center.

It's been nearly 180 days and my attorney hasn't gotten full discovery or Lab

results. So how is he negotiating A plea agreement? Clearly, Mr. Wilson is ineffective. I ask that the courts appoint counsel from CJA immediately.

Mr. Wilson made it clear to me that he doesn't care about me filing motions to the courts. Because the courts just forward the motions to him. Also you will never grant pretrial motions. Because judge Andrews is pro-police. So how can I expect A fair process and effective representation.

Truthfully yours,
Rangi Knight

Rangi Knight Harris 9748
Federal Detention Center
Philadelphia
P.O. box 562
Philadelphia, Pa. 19105

Honorable Richard G. Andrews
District of Delaware
Federal Courthouse
844 N. King St.
Wilmington, De. 19801

UNITED STATES
OF AMERICA
FOREVER/USA

U.S.M.S.
X-RAY